# UNITED STATES DISTRICT COURT
for the
_____ District of _____

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)* | )<br>)<br>)  Case No. MJ-25-139-GF-JTJ<br>)<br>)<br>) |

**APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS**

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

located in the _____ District of _____ , there is now concealed *(identify the person or describe the property to be seized)*:


The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☐ evidence of a crime;
☐ contraband, fruits of crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| | |

The application is based on these facts:


☐ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Michael Robinson*
*Applicant's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ *(specify reliable electronic means)*.

Date: _____

*John Johnston*
*Judge's signature*

City and state: _____

_____
*Printed name and title*

# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
## AFFIDAVIT IN SUPPORT OF SEARCH WARRANT APPLICATION

I, Michael Robinson, being duly sworn, hereby state as follows:

## BACKGROUND OF AFFIANT

1. I, Michael Robinson, am currently a Detective with the Billings Police Department assigned to the Eastern Montana High Intensity Drug Task Area (EMHIDTA) Task Force and a Task Force Officer for the United States Postal Inspection Service. This appointment started in April 2024. Prior to the assignment with the USPIS to EMHIDTA, I became a Police Officer with the Billings Police Department in March of 2003. I have worked approximately eight years as a uniformed patrol officer. I have also worked approximately fourteen years as a Detective for the Billings Police Department. For five of those fourteen years I was assigned to the general investigations division. In this division, I investigated all types of crimes to include crimes against children, financial crimes, homicides and more. For the other nine years as a Detective, I was assigned to EMHIDTA and worked drug crimes. Seven of those nine years I was assigned to the Federal Bureau of Investigations as a TFO. I have been assigned to work federal, state, and local narcotics investigations but target federal interstate narcotics investigations.

2. As a Postal Inspector Task Force Officer, I investigate to prevent the flow of illicit drugs and contraband through the United States Mail. I have assisted with investigations involving the distribution of controlled

1

substances. I have also participated in narcotics investigations which have resulted in the seizure of large quantities of controlled substances such as cocaine, marijuana, methamphetamine, fentanyl, and heroin. I am familiar with and have participated in all of the normal methods of investigation, including but not limited to visual surveillance, questioning of witnesses, the use of search and arrest warrants, the use of informants, and the use of the Grand Jury. Additionally, I have consulted with other agents who have been involved in similar investigations.

3. This affidavit is based upon information I have gained through training and experience, as well as upon information provided to me by other individuals, including law enforcement officers.

4. Since this affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known concerning this investigation but have set forth only the facts that I believe are necessary to establish probable cause to believe that evidence relating to violations of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 846, including contraband, fruits of one or both crimes, and property used or intended to be used in the commission of one or both crimes, are located inside a USPS parcel from Medicinas Naturales 2294 Couts Ave Commerce CA 90040 and addressed to John Schmieding 3320 Ravalli Pl Billings MT 59102 with tracking number 9434636206249326500187. The actual parcel is currently located at the EMHIDTA Office (evidence vault) located in Billings, MT.

5. I am familiar with the facts and circumstances of this investigation, as set forth in this affidavit, as a result of the following: (1) my training and experience; (2) my personal involvement in this investigation; (3) my discussions with other federal, state, and local law enforcement familiar with this investigation; (4) my review of reports and other documents prepared by federal and local law enforcement officers; (5) physical surveillance conducted by federal agents or local law enforcement agencies, which has been reported to me either directly or indirectly.

## PURPOSE OF AFFIDAVIT

6. This affidavit is made in support of a search warrant for evidence, fruits, and instrumentalities of conspiracy to possess with intent to distribute controlled substances, possession with intent to distribute, and distribution of controlled substances, in violation of 21 U.S.C §§ 841(a)(1) and 846, as those items are set forth in Attachment B, at the following location, which is further described in Attachment A. The item to be searched is described as a USPS parcel from Medicinas Naturales 2294 Couts Ave Commerce CA 90040 and addressed to John Schmieding 3320 Ravalli Pl Billings MT 59102 with tracking number 9434636206249326500187. The actual parcel is currently located at the EMHIDTA Office (evidence vault) located in Billings, MT. (see Attachment A).

3

## OVERVIEW AND INTRODUCTION OF BACKGROUND INVESTIGATION

7. On 12/9/25, I became aware of this parcel from Medicinas Naturales 2294 Couts Ave Commerce CA 90040 and addressed to John Schmieding 3320 Ravalli Pl Billings MT 59102 with tracking number 9434636206249326500187. The parcel was a USPS ground advantage parcel. The shipping cost was $7.37 and was paid with a form of cryptocurrency. The parcel was listed as weighing 1.0625 pounds.

8. I was already aware of John Schmieding from previous drug/gun investigations at EMHIDTA. This includes two previous federal search warrants on USPS parcels to John Schmieding at 2537 W M Rd Worden MT. The first was on 12/20/24 and in this parcel I seized 200 tablets of 25 mg Cialis and 100 tablets of 100 mg Viagra. The second was on 1/15/25 and in this parcel I seized 200 tablets of 25 mg Cialis and 100 tablets of 100 mg Viagra. All these tablets are scheduled narcotics and require a prescription to obtain and possess. The shipping for both of these parcels was paid with a form of cryptocurrency.

9. I began to research the sender of the parcel by using a combination of a nationwide people search tool and Google. I ran the address of 2294 Couts Ave and found this to be a residential house with multiple people listed there. I did locate a business listed at this address called Medicinas Naturales Store. The sender business name on the parcel didn't include the "Store".

10. Schmieding is currently living at 3320 Ravalli Pl in Billings as part of being on federal pre-trial supervision for a pending criminal case. This address is a sober living residence.

11. On 12/17/25, USPI Smith went to the United States Post Office at 841 S 26th St and located this parcel. He transported it back to the EMHIDTA office where it is currently secured.

12. California is known to law enforcement as a source state to Montana and other states. It is known to source methamphetamine, fentanyl and other controlled substances utilizing the United States Postal Service.

13. I know from my training and experience that it is common for shippers and buyers of illegal substances to want to remain anonymous. Paying with cryptocurrency in one way to insulate themselves from law enforcement detection. In this case the parcel was paid with cryptocurrency.

14. On 12/18/25, I arranged for Billings Police K-9 Officer Best and his K-9 to meet at the United States Postal Office located at 2602 1st Ave N, Billings, MT. Prior to the K-9 arriving, I placed the parcel on the floor of an office and covered it with a plastic container. The office had furniture but wasn't currently being used by an employee. K-9 Officer Best arrived at the Post Office and wasn't made aware of the parcels location. K-9 Officer Best deployed his K-9 and the K-9 alerted and indicated to the odor of narcotics he is trained to detect on the parcel.

15. Officer Bests' experience, training, and certifications: P.O.S.T. Certified Law Enforcement Officer since 2008; Police Dual purpose Dog handler since July 2020, 250 hours of basic Peace Officer Training, 320 hours of basic Police Narcotic Detector Dog training with K9 Evan and Montana POST Advanced Certificate.

16. K9 Evan experience, training, and certifications: Certified Police Patrol Dog/ Narcotic Detector Dog since September 2020. All certifications are done in a single blind fashion, neither the dog nor the handler are aware of the location of the drugs. The team certified on the three odors: Methamphetamine, Heroin and Cocaine. All certifications were administered by Master Trainers from the North American Police Working Dog Association. K9 Evan's most recent certification is from June 2024. Officer Best and K9 Evan train approximately sixteen hours a month. Officer Best maintains training logs of ongoing training which are current. Training records are available upon request.

## CONCLUSION

In this matter I submit there is probable cause to believe that evidence, fruits, and instrumentalities of conspiracy to possess with intent to distribute controlled substances, possession with intent to distribute, and distribution of controlled substances, in violation of 21 U.S.C §§ 841(a)(1) and 846, as those items are set forth in ATTACHMENT B, will be located inside the USPS parcel from Medicinas Naturales 2294 Couts Ave Commerce CA 90040 and addressed to John Schmieding 3320

Ravalli Pl Billings MT 59102 with tracking number 9434636206249326500187. The parcel is currently located at the EMHIDTA Office (evidence vault) located in Billings, MT.

*Michael Robinson*

Michael Robinson
Postal Inspector Task Force Officer
United States Postal Inspector Service

SUBSCRIBED and SWORN to me by telephone pursuant to Federal Rules of Criminal Procedure Rule 4.1 on this 23rd day of December 2025

*John Johnston*
Honorable John T. Johnston
United States Magistrate Judge
District of Montana

7

## Attachment A:

The items to be searched are described as follows:

**USPS Parcel**

**To**:   John Schmieding
          3320 Ravalli Pl
          Billings, MT 59102

**From**: Medicinas Naturales
          2294 Couts Ave
          Commerce, CA 90040

**Tracking**:  9434636206249326500187



8

**ATTACHMENT B**

**ITEMS TO BE SEIZED**

The items to be seized, listed as follows, constitute fruits, evidence, and instrumentalities of violations of conspiracy to possess with intent to distribute controlled substances, possession with intent to distribute, and distribution of controlled substances, in violation of 21 U.S.C § 846 and 841(a)(1):

1. Controlled substances, including but not limited to methamphetamine, cocaine, marijuana, heroin, fentanyl and ecstasy, as well as packaging material, plastic wrap, one gallon or other sized Ziploc bags, cutting agents, scales, duct tape, vacuum sealers and vacuum seal bags, and plastic bags.

2. Drug paraphernalia, including materials of packaging, manufacturing, cultivating, consuming, storing, concealing, cutting, weighing, possessing, and/or distributing controlled substances.

3. Records, receipts, notes, ledgers and other papers relating to the transportation, ordering, purchasing, trafficking, possession and/or distribution of controlled substances;

4. Documents and/or papers that may aid in the identification and location of customers, suppliers and/or co-conspirators;

5. Proceeds related to any transactions involving dangerous drugs to include United States Currency or any other financial instruments furnished in the exchange of controlled substances in violation of 21 U.S.C. § 846 and/or 21 U.S.C. § 841(a)(1);